Peter Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409

Attorneys for Plaintiff
THERESA BROOKE

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>NORCAP GENERATIONS LLC, a Delaware limited liability company dba Quality Suites San Diego Sea World Area; VIVO INVESTMENTS LLC, a Delaware limited liability company,<br><br>Defendant. | Case No: 3:20-cv-01900-WQH-MDD<br><br>**NOTICE OF SERVICE OF SUMMONS, COMPLAINT AND OTHER INITIATING DOCUMENTS ON DEFENDANT VIVO INVESTMENTS LLC** |

Please take notice that Plaintiff served the Defendant Vivo Investments LLC with the summons, amended complaint and other initiating documents on November 13, 2020 as indicated on the below proof of service.

DATED this 29th day of November, 2020.

/s/ Peter Kristofer Strojnik
Peter Strojnik (242728)
Attorney for Plaintiff

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-01900-WQH-MDD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NORCAP GENERATIONS LLC, a Delaware limited liability company dba Quality Suites San Diego SeaWorld Area; VIVO INVESTMENTS LLC, a Delaware limited liability company

was received by me on *(date)* 11/10/2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Registered Agent Solutions, Inc. 1220 S Street, Suite 150 Sacramento, California 95811 , who is designated by law to accept service of process on behalf of *(name of organization)* NORCAP GENERATIONS LLC, a Delaware limited liability company dba Quality Suites San Diego SeaWorld Area; VIVO INVESTMENTS LLC, a Delaware limited liability company on *(date)* 11/13/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
Additional Documents Served: Verified Amended Complaint

My fees are $ 70 for travel and $ _____ for services, for a total of $ 700 .

I declare under penalty of perjury that this information is true.

Date: 11/13/2020

*Server's signature*

Jakob Duran   P.S.#18-020
*Printed name and title*

4010 Foothills Blvd.S-103 #98 Roseville CA, 95747
*Server's address*

Additional information regarding attempted service, etc:

2